

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -8 P 3:37

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF<br>PEARL RIVER NAVIGATION, INC.<br>AS OWNER OF/AND BARGE B-103, *in rem*,<br>PETITIONING FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | CIVIL ACTION<br>NUMBER: **00-0369**<br>SECTION: **SECT K MAG 1**<br>JUDGE:<br>MAGISTRATE: |

### ORDER APPROVING PETITIONERS' AFFIDAVIT OF VALUE
### AND DIRECTING THE ISSUANCE OF NOTICE TO
### CLAIMANTS AND RESTRAINING PROSECUTION OF CLAIMS

WHEREAS, a Complaint has been filed herein on the 4th day of February, 2000, by Pearl River Navigation, Inc., petitioner, as owner of/and Barge B-103, for exoneration from or limitation of liability, pursuant to 46 U.S.C. §183, *et seq.* and Rule F of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, for any loss, damage, injury, or destruction caused by or resulting from an alleged collision between M/V MISS AMY and Barge B-103 in Bayou LaLoutre, adjacent to the Breton Sound Dock, on or about August 6, 1999,

DATE OF ENTRY FEB 09 2000

___ Fee ___
___ Process ___
_X_ Dktd
___ CtRmDep
___ Doc.No. ___

as more fully described by the facts and circumstances set forth in the Complaint and petitioner having filed a bond for costs, an Affidavit of Value of the said vessel and her pending freight, and approved security thereon, all as required by the rules of this Court and the law.

**NOW THEREFORE**, upon motion of Terriberry, Carroll, & Yancey, L.L.P., attorneys for petitioner,

(1) IT IS ORDERED that the stipulation for costs in the sum of $250.00 executed on the 4th day of February, 2000, by petitioner, as principal, and Continental Casualty Company, as surety, be accepted and approved as to quantum, form and surety.

(2) IT IS FURTHER ORDERED that the Affidavit of Value of petitioner's interest in Barge B-103, and her pending freight, in the amount of $4,000.00 by petitioner, and the Letter of Undertaking filed herein by Greenwinch Insurance Company, be accepted as stipulation for value for the purpose of the limitation proceedings and that they be approved as to form, quantum, and surety.

(3) IT IS FURTHER ORDERED that any claimant who may properly become a party hereto may contest the amount or value of petitioner's interest in Barge B-103 and her pending

freight, as fixed in said Affidavit, and may move the Court for new appraisal of the said interest, and may apply to have the amount increased or diminished, as the case may be, on determination of the Court for the amount of value of said interest.

(4)    IT IS FURTHER ORDERED that notice shall be issued under the seal of this Court to all parties asserting claims with respect to which the Complaint seeks exoneration or limitation, admonishing them to file their respective claims with the Clerk of Court for the United States District Court, Eastern District of Louisiana, in writing, and to serve on the attorneys for petitioner a copy thereof on or before the 7th day of March, 2000, or be defaulted, and if any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he shall file and serve on attorneys for petitioner an Answer to the Complaint on or before the said date, unless his claim has included an Answer to the Complaint, so designated, or be defaulted

(5)    IT IS FURTHER ORDERED that the aforesaid notice shall be published in the form required by Supplemental Rule F of the Federal Rules of Civil Procedure once a week for four successive weeks prior to the date fixed for the filing of claims in a newspaper of general circulation published in the City of New Orleans, State of Louisiana, to-wit: The Times-Picayune; and copies of the notice shall also be mailed in accordance with the same Supplemental Rule F.

3

(6)     IT IS FURTHER ORDERED that the commencement and/or further prosecution of any action or proceeding against petitioner, or any of its property with respect to any claim for which petitioner seeks exoneration from or limitation of liability, including any claim arising out of or connected in any way with any loss, damage, injury, or destruction resulting from the casualty described in the Complaint, be and the same is hereby stayed and restrained until the hearing of determination of this proceeding.

(7)     IT IS FURTHER ORDERED that petitioner may make service of this order as a restraining order through the United States Post Office by mailing a conformed copy thereof to the person or persons to be restrained, or their respective attorneys, or alternatively, BY HAND delivery.

New Orleans, Louisiana, this 8th day of February, 2000.

_____
UNITED STATES DISTRICT JUDGE

N:\New Files Folder\325\32565\P\Federal\Restraining Order.wpd

4