

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF<br>PEARL RIVER NAVIGATION, INC.<br>AS OWNER OF/AND BARGE B-103, *in rem*,<br>PETITIONING FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-0369<br><br>SECTION: "K" - (1)<br><br>JUDGE:<br>STANWOOD R. DUVAL, JR.<br><br>MAGISTRATE:<br>SALLY SHUSHAN |

## MOTION FOR LEAVE TO FILE COUNTER-CLAIM

NOW INTO COURT, through undersigned counsel, come petitioners in limitation, Pearl River Navigation, Inc., as owner of/and Barge B-103, *in rem*, and respectfully move they be granted leave to file the attached Counter-Claim against the owner and crewmembers of M/V MISS AMY, each of whom are already claimants in this limitation.

DATE OF ENTRY
JUL 1 9 2000

1

In support of this motion, petitioner in limitation would respectfully show that the owner and crew of MISS AMY have filed claims in this limitation as result of an alleged collision between MISS AMY and Barge B-103, and that petitioner in limitation alleges that the owner and crewmembers are responsible for this incident, if it occurred, due to their failure to properly equip, man, and operate MISS AMY while navigating at night. Petitioner in limitation wishes to claim for indemnity from each of the claims asserted, and to tender MISS AMY's owner, captain, and deckhands, as direct defendants under Rule 14(c) of the Federal Rules of Civil Procedure. Petitioner in limitation would further show that the issues involved in this Counter-Claim are identical to those presently being set forth in each of the claimant's allegations and that permitting the Counter-Claim will not affect any of the scheduled deadlines or trial date.

RESPECTFULLY SUBMITTED,

TERRIBERRY, CARROLL, & YANCEY, L.L.P.

_____
KEVIN J. LAVIE (#14125)
JOHN A. SCIALDONE (#21859)
ROBERT P. BLACKBURN (#24968)
3100 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 523-6451
Attorneys for Pearl River Navigation, Inc. and
Barge B-103

2

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record herein by hand delivery, facsimile transmission, or by placing same in the U.S. Mail, postage prepaid, this _____ day of July, 2000.

*/s/ John A. Scialdone*
KEVIN J. LAVIE
JOHN A. SCIALDONE
ROBERT P. BLACKBURN

N:\New Files Folder\325\32565\P\Federal\Counter-Claim.leavemotion.wpd

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF<br>PEARL RIVER NAVIGATION, INC.<br>AS OWNER OF/AND BARGE B-103, *in rem*,<br>PETITIONING FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-0369<br><br>SECTION: "K" - (1)<br><br>JUDGE:<br>STANWOOD R. DUVAL, JR.<br><br>MAGISTRATE:<br>SALLY SHUSHAN |

## ORDER

CONSIDERING THE FOREGOING Motion for Leave to File Counter-Claim of Pearl River Navigation, Inc. as owner of/and Barge B-103, *in rem*,

IT IS ORDERED that petitioners in limitation, Pearl River Navigation, Inc. as owner of/and Barge B-103, *in rem*, be and are hereby granted leave to file the attached Counter-Claim.

New Orleans, Louisiana, this __18th__ day of July, 2000.

_____
UNITED STATES DISTRICT JUDGE

1