

**MINUTE ENTRY**
**DUVAL, J.**
**September 14, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: PEARL RIVER NAVIGATION, INC., ETC.

CIVIL ACTION

NO. 00-0369

SECTION "K"(1)

Attending a telephonic status conference held this day were:

John Scialdone for Plaintiff in Limitation and
Carlos Zelaya for Claimant.

The Court inquired into the status of the case and was informed that the parties are on track for the February trial. Discovery is proceeding without problems and counsel anticipate pursuing settlement after the depositions of certain witnesses. Counsel were informed by the Court through it Law Clerk that it intends to enforce the scheduled trial date of February 5, 2001 based on these representations.

DATE OF ENTRY
SEP 1 8 2000

Fee
Process
X/Dktd
CtRmDep
Doc.No.