

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF<br>PEARL RIVER NAVIGATION, INC.<br>AS OWNER OF/AND BARGE B-103, *in rem*,<br>PETITIONING FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-0369<br><br>SECTION: "K" - (1)<br><br>JUDGE:<br>STANWOOD R. DUVAL, JR.<br><br>MAGISTRATE:<br>SALLY SHUSHAN |

### JOINT MOTION TO EXTEND EXPERT REPORT DEADLINES

NOW INTO COURT, through undersigned counsel, comes petitioner, Pearl River Navigation, Inc., as owner of and Barge B-103, *in rem*, with the consent and direction of counsel for the claimants, Wade White, Kevin Prats, Vincent Prats, and Otis Hall, and respectfully requests that the expert report deadlines in this matter be extended for a period of 30 days. In support of this motion, the parties represent that they need additional time to schedule a joint survey of Barge B-103 and to schedule independent medical examinations.

1

DATE OF ENTRY
OCT 2 7 2000

The parties specifically represent that extending the expert report deadlines will not affect the scheduled trial date.

RESPECTFULLY SUBMITTED,

TERRIBERRY, CARROLL, & YANCEY, L.L.P.

_____
KEVIN J. LAVIE (#14125)
JOHN A. SCIALDONE (#21859)
ROBERT P. BLACKBURN (#24968)
3100 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 523-6451
Attorneys for Pearl River Navigation, Inc. and Barge B-103

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record herein by hand delivery, facsimile transmission, or by placing same in the U.S. Mail, postage prepaid, this 19 day of October, 2000.

_____
KEVIN J. LAVIE
JOHN A. SCIALDONE
ROBERT P. BLACKBURN

N:\New Files Folder\325\32565\P\Federal\Extend Deadlines.mot.wpd

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF<br>PEARL RIVER NAVIGATION, INC.<br>AS OWNER OF/AND BARGE B-103, *in rem*,<br>PETITIONING FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-0369<br><br>SECTION: "K" - (1)<br><br>JUDGE:<br>STANWOOD R. DUVAL, JR.<br><br>MAGISTRATE:<br>SALLY SHUSHAN |

**ORDER**

**CONSIDERING THE FOREGOING** Joint Motion to Extend Expert Report Deadlines of the parties;

**IT IS HEREBY ORDERED** that the expert report deadlines in this matter be extended for a period of 30 days, same not to affect the motion deadline or trial date.

New Orleans, Louisiana, this 26th day of October, 2000.

_____
UNITED STATES DISTRICT JUDGE

1