

```
        FILED
    U.S. DISTRICT COURT
   EASTERN DISTRICT OF LA

   2000 DEC 28  AM 10: 03

     LORETTA G. WHYTE
          CLERK
```

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**DECEMBER 27, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PEARL RIVER NAVIGATION, INC., as owner of/and Barge B-103, in rem, petitioning for exoneration from or limitation of liability | CIVIL ACTION<br><br>NUMBER 00-0369<br><br>SECTION "K" (1) |

A settlement conference is scheduled in the above-captioned case on Wednesday, January 17, 2001 at 9:30 A.M. before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

**On or before January 12, 2001**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994. All counsel are to have access to someone with full settlement authority.**

                                        _____
                                        SALLY SHUSHAN
                                        UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
DEC 2 8 2000

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep ___
    Doc.No. 17