

MINUTE ENTRY
DUVAL, J.
December 28, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: PEARL RIVER NAVIGATION, INC., ETC. | CIVIL ACTION<br><br>NO. 00-0369<br><br>SECTION "K"(1) |

**IT IS ORDERED** that the Request for Oral Argument is **DENIED** with respect to the Motion to Lift Stay and Hold Limitation Proceeding in Abeyance Pending Resolution of State Claim as there has been no change in the state of the law since its decision in <u>In the Matter of TT Boat</u>, 1999 WL 380863 (E.D. La. June 9, 1999).

DATE OF ENTRY
DEC 29 2000

Fee_____
Process___
X /Dktd___
___CtRmDep
Doc.No.____