

**MINUTE ENTRY
SHUSHAN, M.J.
JANUARY 19, 2001**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**PEARL RIVER NAVIGATION, INC.,**  CIVIL ACTION
as owner of/and Barge B-103, in rem,
petitioning for exoneration from or  NUMBER 00-0369
limitation of liability

SECTION "K" (1)

A settlement conference was held on January 17, 2001.

Present:

Carlos A. Zelaya, for claimants, Wade White, Otis Hall, Kevin Prats and
Vincent Prats;
John Scialdone, for Pearl River Navigation, Inc. and Barge B-103;

Following discussions among the parties, the above-captioned case has settled.

Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JAN 2 2 2001

___ Fee ___
___ Process ___
_X_ Dktd ___
_✓_ CtRmDep
Doc.No. ___