```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 23 PM 1: 14

LORETTA G. WHYTE
       CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PEARL RIVER NAVIGATION, INC.** as owner of/and Barge B-103, in rem, petitioning for exoneration from or limitation of liability | CIVIL ACTION<br><br>NO. 00-0369<br><br>SECTION "K"(1) |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 (sixty) days, to reopen the action if settlement is not consummated.

> **COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 23rd day of January, 2001.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

DATE OF ENTRY
JAN 2 3 2001