

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 18 AM 9:07

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
SHUSHAN, M.J.
JULY 17, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PEARL RIVER NAVIGATION, INC.<br>as owner of/and Barge B-103, in rem,<br>petitioning for exoneration from or<br>limitation of liability | CIVIL ACTION<br><br>NUMBER 00-0369<br><br>SECTION "K" (1) |

The court, having been advised that two (2) of the plaintiffs, Vincent Prats and Otis Hall, have not executed the final settlement documents in the case as agreed on January 23, 2001,

IT IS ORDERED that Mr. Prats and Mr. Hall show cause on Wednesday, August 1, 2001 at 8:30 a.m. before the undersigned at 501 Magazine Street, Room B-345, New Orleans, LA, why they should not be compelled to finalize the settlement.

SALLY SHUSHAN
United States Magistrate Judge

DATE OF ENTRY
JUL 1 8 2001

