FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG -1  PM 4:07

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
SHUSHAN, M.J.
AUGUST 1, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PEARL RIVER NAVIGATION, INC.                CIVIL ACTION
as owner of/and Barge B-103, in rem,
petitioning for exoneration from or          NUMBER 00-0369
limitation of liability
                                             SECTION "K" (1)


Counsel for Mr. Prats and Mr. Hall appeared before the undersigned today and represented that his clients had received the settlement documents and that they had represented to him that the signed documents would be returned to him by the end of this week. Counsel must promptly report to the undersigned if the documents have not been returned by that date. In that event, Mr. Prats and Mr. Hall will be ordered to appear personally before the undersigned regarding their failure to confect the final settlement agreement.

SALLY SHUSHAN
United States Magistrate Judge

DATE OF ENTRY
AUG 0 2 2001

Doc. No. 23