```
                              FILED
                        U.S. DISTRICT COURT
                       EASTERN DISTRICT OF LA

                        2002 JAN 14  AM 11:00
                           JAN 1 4 2002
                         LORETTA G. WHYTE
                              CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PEARL RIVER NAVIGATION, INC. as owner of/and Barge B-103, in rem, petitioning for exoneration from or limitation of liability | CIVIL ACTION<br><br>NUMBER 00-0369<br><br>SECTION "K" (1) |

### ORDER

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, including the copy of the Release attached thereto, and finding that as of this date Otis Hall has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that there be judgment in favor of Pear River Navigation, Inc. and against the claimant, Otis Hall, directing him, through his attorney, to execute the Release within fourteen (14) calendar days of the entry of this judgment. IT IS FURTHER ORDERED that the settlement funds due Otis Hall shall be deposited in the registry of this Court and may be withdrawn by him pursuant to order of the Court.

New Orleans, Louisiana, this 14th day of January, 2001.

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JAN 1 4 2002

Fee _____
Process _____
X/Dktd _____
CtRmDep _____
Doc.No. 25