

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PEARL RIVER NAVIGATION, INC.　　　　　　　　CIVIL ACTION
as owner of/and Barge B-103, in rem,
petitioning for exoneration from or　　　　　　　NUMBER 00-0369
limitation of liability

　　　　　　　　　　　　　　　　　　　　　　　SECTION "K" (1)

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge, including the copy of the Release attached thereto and having adopted it as its opinion herein; Accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of Pearl River Navigation, Inc. and against the claimant, Otis Hall, directing him, through his attorney, to execute the Release and Check within fourteen (14) calendar days of the entry of this judgment. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the settlement funds due Otis Hall shall be deposited in the registry of this Court and may be withdrawn by him pursuant to order of the Court.

New Orleans, Louisiana, this 14th day of January, 2001.

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JAN 1 4 2002