

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF<br>PEARL RIVER NAVIGATION, INC.<br>AS OWNER OF/AND BARGE B-103, *in rem*,<br>PETITIONING FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-0369<br><br>SECTION: "K" - (1)<br><br>JUDGE:<br>STANWOOD R. DUVAL, JR.<br><br>MAGISTRATE:<br>SALLY SHUSHAN |

### NOTICE OF DEPOSIT

NOW INTO COURT, through undersigned counsel, comes plaintiff in limitation, Pearl River Navigation, Inc., as owner of and Barge B-103, *in rem,* and gives notice that it is this date depositing TWO THOUSAND FIVE HUNDRED AND NO/100 ($2,500.00) DOLLARS payable to the Clerk of Court on behalf of claimant Otis Hall as settlement funds, pursuant to the Court's Order of January 14, 2002.

1



RESPECTFULLY SUBMITTED,

TERRIBERRY, CARROLL, & YANCEY, L.L.P.

_____
KEVIN J. LAVIE (#14125)
JOHN A. SCIALDONE (#21859)
ROBERT P. BLACKBURN (#24968)
3100 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 523-6451
Attorneys for Pearl River Navigation, Inc. and
Barge B-103

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record herein by hand delivery, facsimile transmission, or by placing same in the U.S. Mail, postage prepaid, this _28_ day of January, 2002.

_____
KEVIN J. LAVIE
JOHN A. SCIALDONE
ROBERT P. BLACKBURN

N:\New Files Folder\325\32565\P\Federal\Deposit Notice.wpd

2



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN 14 AM 11:00
JAN 1 4 2002
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

PEARL RIVER NAVIGATION, INC.            CIVIL ACTION
as owner of/and Barge B-103, in rem,
petitioning for exoneration from or           NUMBER 00-0369
limitation of liability

                                                          SECTION "K" (1)

### ORDER

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, including the copy of the Release attached thereto, and finding that as of this date Otis Hall has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that there be judgment in favor of Pear River Navigation, Inc. and against the claimant, Otis Hall, directing him, through his attorney, to execute the Release within fourteen (14) calendar days of the entry of this judgment. IT IS FURTHER ORDERED that the settlement funds due Otis Hall shall be deposited in the registry of this Court and may be withdrawn by him pursuant to order of the Court.

New Orleans, Louisiana, this 14th day of January, 2001.

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JAN 1 4 2002

Fee _____
Process _____
X/Dktd _____
CtRmDep _____
Doc.No. 25